Jamara WASHINGTON, Petitioner-
Appellant,

v.

Larry DAIL, Respondent-Appellee.

No. 17-6535

United States Court of Appeals,
Fourth Circuit.

Submitted: August 17, 2017

Decided: August 22, 2017

Jamara Washington, Appellant Pro Se.
Nicholaos George Vlahos, NORTH CAR-
OLINA DEPARTMENT OF JUSTICE,
Raleigh, North Carolina, for Appellee.

Before KEENAN, THACKER, and
HARRIS, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jamara Washington seeks to appeal the
district court's orders denying relief on his
28 U.S.C. § 2254 (2012) petition and deny-
ing his motions for reconsideration. The
orders are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find

that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel*, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller-El v. Cockrell*, 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Washington has
not made the requisite showing. Accord-
ingly, we deny a certificate of appealabili-
ty, deny leave to proceed in forma pauper-
is, and dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*DISMISSED*